1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. U.,<br><br>                                    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                    Defendant. | Case No.:  23-cv-0654-LL-BJC<br><br>**REPORT AND RECOMMENDATION FOR ORDER GRANTING MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**<br><br>**[ECF No. 20]** |

On October 25, 2024, Plaintiff filed a Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA").  ECF No. 20.  On November 7, 2024, the Court set a briefing schedule as to the EAJA Motion.  ECF No. 21.  Defendant was to file a response, if any, on or before November 22, 2024.  *Id.*  As of December 3, 2024, Defendant has not filed a response.  Based on its review of the Motion, the Court hereby **RECOMMENDS** that the District Judge **GRANT** the Motion and **ORDER** attorney's fees and expenses in the amount of $6,177.34 as authorized by 28 U.S.C. § 2412 and costs in the amount of $402.00 under 28 U.S.C. § 1920 be awarded subject to the terms of the Motion.

**IT IS HEREBY ORDERED** that any party to this action may file written objections with the Court and serve a copy on all parties no later than **December 20, 2024**. The

document should be captioned "Objections to Report and Recommendation."

**IT IS FURTHER ORDERED** that any Reply to the Objections shall be filed with the Court and served on all parties no later than **December 27, 2024**.

**IT IS SO ORDERED**.

Dated:  December 4, 2024

Hon. Benjamin J. Cheeks
United States Magistrate Judge

23-cv-0654-LL-BJC